CHRISTOPHER BOKAS, ESQUIRE
133-135 Long lane
Upper Darby, PA 19082-3136
Tel: 610-352-7100
Fax: 610-352-4709
Christopherbokas@gmail.com                                Attorney for debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Richard T. Calgagni | : | No. : 15-17638-sr |
| Debtor | : | |

**ADDENDUM TO CHAPTER 13 PLAN**

    This addendum is to correct of the Chapter 13 Plan filed on August 15, 2016, Paragraph C of the Plan should pay the arrears claim of $42,620.35 to Creditor PNC Bank.

    Respectfully submitted,

    /s/ Christopher Bokas, Esquire
    CHRISTOPHER BOKAS, ESQUIRE

Date: October 25, 2016